IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMIE HICKS, | : | Civil No. 1:23-CV-387 |
| Plaintiff, | : | |
| v. | : | |
| | : | (Magistrate Judge Bloom) |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

# ORDER

AND NOW, this 4th day of March 2024, in accordance with the accompanying Memorandum Opinion, the final decision of the Commissioner is AFFIRMED. The Clerk of Court is directed to close this case.

*s/ Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge